IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

FILED
NOV 2 9 2005
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY

| | |
|---|---|
| GLEN FOLSOM, | ) |
| Petitioner, | ) ) ) |
| vs. | ) No. CIV-05-1240-W |
| THE STATE OF OKLAHOMA, | ) ) ) |
| Respondent. | ) |

## ORDER

On November 3, 2005, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this matter and recommended inter alia that the Motion for Leave to Proceed in Forma Pauperis filed by petitioner Glen Folsom be denied and that Folsom be ordered to pay the filing fee of $5.00.

Folsom was advised of his right to object to the Report and Recommendation. He did not object; he instead paid the filing fee in full to the Clerk of the Court on November 15, 2005.

Based upon the record, the Court

(1) ADOPTS the Report and Recommendation issued on November 3, 2005, to the extent Magistrate Judge Bacharach recommended that Folsom's Motion for Leave to Proceed in Forma Pauperis file-stamped on October 25, 2005, be denied and that Folsom be ordered to pay the filing fee;

(2) deems MOOT all other recommendations set forth in the Report and Recommendation; and

(3) RE-REFERS this matter to Magistrate Judge Bacharach for further proceedings.

ENTERED this 29th day of November, 2005.

LEE R. WEST
UNITED STATES DISTRICT JUDGE