IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GLEN FOLSOM, | ) |
| Petitioner, | ) |
| vs. | ) No. CIV-05-1240-W |
| ERIC FRANKLIN, | ) |
| Respondent. | ) |

## ORDER

On April 28, 2006, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this matter and recommended that the Petition for Writ of Habeas Corpus ("Petition") as filed and amended by petitioner Glen Folsom be denied. Folsom was advised of his right to object, and the matter now comes before the Court on Folsom's Recommendation and Notice of Right to Object.

Upon de novo review of the record, the Court concurs with Magistrate Judge Bacharach's suggested disposition of this matter. Folsom has advanced no argument or authority that warrants the relief he has requested.

Accordingly, the Court

(1) ADOPTS the Report and Recommendation issued on April 28, 2006;

(2) DENIES the Petition as amended [Doc. 11]; and

(3) ORDERS that judgment in favor of respondent Eric Franklin issue forthwith.

ENTERED this 9th day of May, 2006.

LEE R. WEST
UNITED STATES DISTRICT JUDGE